May 10, 2012

Hon. Katharine S. Hayden U.S.D.J.
U.S. Post Office and Courthouse Building
Room 311
PO Box 999
Newark, NJ. 07101-0999

**RE: United States v. Myung-Kyun Ko**
   **Docket No. 12-00108-037**

Dear Judge Hayden:

I received notice from the court scheduling the above matter for sentencing before Your Honor on July 11, 2012.

I am unavailable on that date as I will be out of the country. I leave on July 5, 2012 and return the US on July 18, 2012.

I would respectfully request that the matter be rescheduled for the week of July 23, 2012. I appreciate Your Honor's consideration in this matter.

Respectfully yours,

Elizabeth H. Smith

cc: AUSA Anthony Moscato
    Paul Choinski

*Request GRANTED. Sentencing rescheduled for 7/30/12 @ 10:00. So ORDERED.*

*Katharine S. Hayden, USDJ*

*5/11/12*